**IN THE MATTER OF THE PETITION**
**FOR REINSTATEMENT OF**
**DEBRA LEE ACKERMAN**
**TO THE BAR OF MARYLAND**

\*    **IN THE**

\*    **COURT OF APPEALS**

\*    **OF MARYLAND**

\*    **Misc. Docket AG No. 87**

\*    **September Term, 2020**

## ORDER

Upon consideration of the Petition for Reinstatement and Bar Counsel's Consent to Petition for Reinstatement, filed in the above-captioned case, it is this 3rd day of May, 2021,

**ORDERED**, that the Petition be, and the same hereby is, GRANTED; and it is further

**ORDERED**, by the Court of Appeals of Maryland, that, effective May 10, 2021, Debra Lee Ackerman is reinstated as a member of the Bar of Maryland; and it is further

**ORDERED**, that, on May 10, 2021, the Clerk of the Court shall replace the name Debra Lee Ackerman upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

/s/ Robert N. McDonald
Senior Judge